2025R00606/RJG

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

FILED
JUL 3 1 2025
AT 8:30 1:48 P M
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| v. | : | Crim. No. 25-489 |
| EDWARD MEREDITH | : | 18 U.S.C. § 922(o)(1) |
| | : | 18 U.S.C. § 922(g)(1) |

# INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Trenton, charges as follows:

## COUNT ONE
(Possession of a Machine Gun)

On or about May 21, 2023, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

**EDWARD MEREDITH**,

did knowingly possess a machine gun, as defined in Title 26, United States Code, Section 5845(b), namely, a privately made .40 caliber Smith & Wesson handgun with a Polymer-80 frame, a slide from a Glock model 27 handgun, a Glock-style auto sear switch, and a 19-round high-capacity magazine loaded with seventeen (17) rounds of ball point ammunition.

At the time of the charged offense, defendant MEREDITH was on release pursuant to an order dated November 9, 2021, from the United States District Court for the District of New Jersey, Docket No. 20-cr-970 (BRM), which order notified defendant MEREDITH of the potential effect of committing an offense while on pretrial release.

In violation of Title 18, United States Code, Section 922(o)(1) and Title 18, United States Code, Section 3147(1).

## COUNT TWO
(Possession of Ammunition by a Convicted Felon)

On or about May 21, 2023, in Mercer County, in the District of New Jersey and elsewhere, the defendant,

**EDWARD MEREDITH,**

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, namely a privately made .40 caliber Smith & Wesson handgun with a Polymer-80 frame, a slide from a Glock model 27 handgun, a Glock-style auto sear switch, and a 19-round high capacity magazine loaded with seventeen (17) rounds of ball point ammunition, and the ammunition was in and affecting interstate and foreign commerce.

At the time of the charged offense, defendant MEREDITH was on release pursuant to an order dated November 9, 2021, from the United States District Court for the District of New Jersey, Docket No. 20-cr-970 (BRM), which order notified defendant MEREDITH of the potential effect of committing an offense while on pretrial release.

In violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 3147(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(o), charged in Count One of this Indictment; and the offense in violation of Title 18, United States Code, Section 922(g)(1) charged in Count Two of this Indictment, the defendant,

## EDWARD MEREDITH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, including, but not limited to, the following: a privately made .40 caliber Smith & Wesson handgun with a Polymer-80 frame, a slide from a Glock model 27 handgun, a Glock-style auto sear switch, and a 19-round high capacity magazine loaded with seventeen (17) rounds of ball point ammunition.

## SUBSTITUTE ASSETS PROVISION

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third party;

  (c) has been placed beyond the jurisdiction of the Court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

A TRUE BILL

███████████
FOREPERSON

*Alina Habba*
ALINA HABBA
Acting United States Attorney

CASE NUMBER: 3:25-CR-489

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**EDWARD MEREDITH**

## INDICTMENT FOR

18 U.S.C. § 922(o)(1)
18 U.S.C. § 922(g)(1)

A True Bill,



Foreperson

**ALINA HABBA**
ACTING UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

R. JOSEPH GRIBKO
ASSISTANT U.S. ATTORNEY
TRENTON, NEW JERSEY
609-989-2020